**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00552-CV

———————————

## IN RE HILCORP ENERGY COMPANY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Hilcorp Energy Company filed a petition for writ of mandamus challenging the trial court's June 23, 2025 order granting the motion to compel filed by real parties in interest Robert W. Lundell, Linda Lundell Lindsey, Claudia Lundell Gilmer, James R. Beamon, Carolyn Beamon Tilley, Susan Beamon Porter, Sharon

Beamon Burns, CB Lifeline Partnership, and GB Safeway Property Ltd.[1]  Hilcorp also filed an emergency motion for temporary relief.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1]  The underlying case is *Robert W. Lundell et al. v. Hilcorp Energy Company*, Cause No. 2024-89265, pending in the 189th District Court of Harris County, Texas, the Honorable Tamika Craft-Deming presiding.